

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00353-CV

**IN THE INTEREST OF T.H.C.**, a Child

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CI-19681
Honorable Cynthia Marie Chapa, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of court for this appeal are taxed against Appellant Claudia Lopez.

SIGNED January 15, 2020.

_____
Patricia O. Alvarez, Justice